Generated: Apr 15, 2025 3:37PM

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

Page 1/1

# U.S. District Court

APR 15 2025

TAMMY H. DOWNS, CLERK

## Arkansas Eastern - Little Rock

By: _____ DEP CLERK

Receipt Date: Apr 15, 2025 3:37PM

Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204

Rcpt. No: 10268              Trans. Date: Apr 15, 2025 3:37PM                Cashier ID: #AJ (6007)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 121 | Registration of Foreign Judgment | DARE425MC000004 /001 | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #625838 | 03/28/2025 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.