**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 15 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

4:25-mc-00004-KGB

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HDDA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEEPAK PATEL,<br>PUSHPABEN PATEL,<br>JORDAN HAAS,<br>JUNE HAAS,<br>KUNAL MODY,<br>CRYSTAL PATEL,<br>RAMESH MODY and<br>SMITA MODY,<br><br>Defendants. | Case No. 1:23-CV-1883-SCJ |

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: April 12, 2024

By: _____
Kevin P. Weimer, Clerk of Court

APR 02 2025

## JUDGMENT

The Court having GRANTED the Motion for Summary Judgment filed by Plaintiff HDDA, LLC ("Plaintiff") pursuant to Order entered on April 4, 2024 (Doc. No. 42), it is

ORDERED AND ADJUDGED that Plaintiff have and recover from Defendants Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody, Crystal Patel, Ramesh Mody, and Smita Mody, jointly and severally, the amount of $33,341,974.41, consisting of principal in the amount of $26,394,418.29[1], unpaid

---

[1] Includes principal in the amount of $26,197,933.79, plus deferred interest in the amount of $196,484.50 capitalized on October 1, 2023. *See* Doc. No. 33-20.

1

interest accruing at the non-default rate (through April 4, 2024) in the amount of $2,313,788.34, unpaid interest accruing at the default rate (through April 4, 2024) in the amount of $1,533,045.37, late fees in the amount of $46,184.48, deferred interest in the amount of $27,625.21, and statutory attorneys' fees pursuant to O.C.G.A. § 13-1-11 in the amount of $3,026,912.72[2]. Interest accrues from April 5, 2024 through the date of entry of this Judgment at the *per diem* rate of $8,064.96[3]. Interest thereafter accrues at the federal post-judgment rate.

IT IS SO ORDERED, this 12th day of April, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] Equal to 15% of the first $500 of principal and interest owed, and 10% of the remaining principal and interest owed.
[3] Equal to 6% non-default rate, plus 5% default rate.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HDDA, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DEEPAK PATEL, PUSHPABEN PATEN, JORDAN HAAS, JUNE HAAS, DUNAL MODY, CRYSTAL PATEL, RAMESH MODY, and SMITA MODY,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>No. 1:23-CV-1883-SCJ |

## ORDER

This case comes before the Court on an unopposed Motion to Allow Registration of Judgment in a Foreign Jurisdiction. Doc. No. [46]. For good cause shown, the Motion is **GRANTED IN PART**. Plaintiff may register the April 12, 2024 Judgment in the Northern District of Illinois, Southern District of Texas, Western District of Arkansas, and the District of Alaska. These jurisdictions represent places where one or more of Defendants live or have lived. To the extent Plaintiff seeks to register judgment in "any other foreign judicial district

in which assets of Defendants are or may be found," the Motion is **DENIED WITHOUT PREJUDICE.**

      **IT IS SO ORDERED** this 18th day of March, 2025.

                                   /s/ Steve C. Jones
                                   **HONORABLE STEVE C. JONES**
                                   **UNITED STATES DISTRICT JUDGE**

DC 11
Rev. 7/82

**WRIT OF EXECUTION**

*United States District Court*

| | |
|---|---|
| | DISTRICT  Eastern District of Arkansas |

TO THE MARSHAL OF: The Eastern District of Arkansas

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody, Crystal Patel, Ramesh Mody and Smita Mody

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $33,341,974.41 and | |

In the United States District Court for the  Eastern  District of  Arkansas , before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody, Crystal Patel, Ramesh Mody and Smita Mody

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  U.S. District Courthouse | DISTRICT  Eastern District of Arkansas |
|---|---|
| CITY    Little Rock, Arkansas | DATE |

Witness the Honorable _____
                                                    *(United States Judge)*

| DATE | CLERK OF COURT  Tammy H. Downs |
|---|---|
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|